UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BETCO CORPORATION

       Plaintiff,

  vs.                                       Case No. 14-cv-193-wmc

MALCOLM D. PEACOCK, MARILYN
PEACOCK, B. HOLDINGS, INC. and E.
HOLDINGS, INC.

       Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Betco Corporation, the Plaintiff in the in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 23rd day of December, 2016, and from the prior orders and decrees in the case.

Dated this 20th day of January, 2017.

**NOWLAN & MOUAT LLP**

By:   s/ David C. Moore
       David C. Moore, Wisconsin State Bar No. 1018417
       100 South Main Street
       P.O. Box 8100
       Janesville, WI 53547-8100
       Tel. no.: (608)755-8100
       Fax no.: (608)531-6259
       E-mail: dmoore@nowlan.com
       COUNSEL OF RECORD for Betco Corporation,
       Plaintiff-Appellant

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing has been electronically filed on this 20th day of January, 2017. Notice of this filing will be sent to the parties by the operation of the court's electronic filing system.

                                                      s/David C. Moore
                                                      Counsel for Plaintiff